# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

Michael T Torrone, Jr.,

      Plaintiff(s),

vs.

Safeco Insurance Company of America,

      Defendant(s).

Case Number: 17-cv-00534-CVE-FHM

## SETTLEMENT CONFERENCE REPORT

On 4/12/2018 a Settlement Conference was held in the captioned matter.

☑     The litigation was settled; within __15__ days of the date hereof, the Plaintiff and Defendant shall file:

    --     a Stipulation of Dismissal
          OR
    --     Agreed Judgment and
          Motion to Enter Agreed Judgment

☐     The litigation was not settled.

☐     Settlement negotiations are pending. The parties are to phone the undersigned by _: ___ p.m. on _____, 2018.

DATED: 4/12/2018.

_A. Scott McDaniel_
A. Scott McDaniel
Adjunct Settlement Judge