IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL T. TORRONE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-cv-534-CVE-FHM |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation | ) ) ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Michael T. Torrone, Jr. ("Plaintiff"), by and through his counsel of record, Ryan H. Olsen of Logan & Lowry, LLP, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Golden, Gable & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated this 8th day of May, 2018.

        Respectfully submitted,

        LOGAN & LOWRY, LLP
        101 South Wilson Street
        P. O. Box 558
        Vinita, OK 74301-0558
        (918) 256-7511
        (918) 256-3187 (*fax*)
        rolsen@loganlowry.com

        Attorneys for Plaintiff, Michael T. Torrone, Jr.

By:   */s/ Ryan H. Olsen*_____
        Ryan H. Olsen, OBA #31177

- and -

HALL, ESTILL, HARDWICK, GABLE, GOLDEN
& NELSON, P.C.
320 S. Boston Avenue, Ste. 200
Tulsa, OK 74103-3706
(918)594-0400
(918)594-0505
boconnor@hallestill.com
mshipley@hallestill.com

Attorneys for Defendant, Safeco Insurance
Company of America

By:   */s/ Margo E. Shipley\**_____
        William W. O'Connor, OBA #13200
        Margo Elizabeth Shipley, OBA # 32118

*Signed by filing attorney with permission of Defendant's attorney.*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 8, 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF filing system and the following ECF registrants:

  William W. O'Connor, OBA #13200
  Margo Elizabeth Shipley, OBA # 32118

                */s/ Ryan H. Olsen*
                Ryan H. Olsen